UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIM LAMAN, an individual,

                    Plaintiff,

-against-                                    No. 25-CV-10314 (LAP)

NYP HOLDINGS, INC., d/b/a NEW                      ORDER
YORK POST, a Delaware
Corporation; and DOES 1-10,
inclusive,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

     The parties are informed that the firm in which my husband

is Senior Counsel, Cahill Gordon & Reindel LLP, has from time to

time represented the New York Post.  There is no current

representation, he is not a current partner and never worked on

a NYP matter.

**SO ORDERED.**

Dated:     December 16, 2025
           New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1